304 So.2d 206

**Frank DAVIS**

v.

**Pete WOLFF, III.**

**Civ. 265.**

Court of Civil Appeals of Alabama.

Dec. 4, 1974.

HOLMES, Judge.

Upon remand to this court by the Supreme Court of Alabama, it is considered that this cause should be reversed and remanded in accordance with the opinion rendered by the Supreme Court on November 7, 1974, 293 Ala. 408, 304 So.2d 203, in the above styled cause.

Reversed and remanded.

WRIGHT, P. J., and BRADLEY, J., concur.

299 So.2d 751

**Herbert HAGER**

v.

**Clotyle S. HAGER (Stead).**

**Civ. 283.**

Court of Civil Appeals of Alabama.

Aug. 28, 1974.

HOLMES, Judge.

Upon remand to this court by the Supreme Court of Alabama, it is considered that this cause should be affirmed in accordance with the opinion rendered by the Supreme Court on August 8, 1974, 293 Ala. 47, 299 So.2d 743, in the above styled cause.

Affirmed.

WRIGHT, P. J., and BRADLEY, J., concur.